GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff



FILED ___ LODGED
RECEIVED ___ COPY

MAY -9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Jordan Thomas Udall,

    Defendant.

CR 22-984-RM (BGM)

INFORMATION

Violations:

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

THE UNITED STATES ATTORNEY CHARGES:

KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown but including the time between January 1, 2018 and continuing through January 22, 2019, in the District of Arizona, JORDAN THOMAS UDALL, did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, JORDAN THOMAS UDALL did use a Dell

Inspiron 1545 laptop computer, and the internet to view child pornography images including, but not limited to, the following files:

"0000061_Carved.jpeg"
"0000163_Carved.jpeg"
"0000195_Carved.jpeg"
"0000831_Carved.jpeg"
"0000951_Carved.jpeg"
"0001651_Carved.jpeg"
"0003955_Carved.jpeg"
"0004245_Carved.jpeg"
"0004975_Carved.jpeg" and
"0005055_Carved.jpeg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Dated this 28th day of March, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

CARIN DURYEE
Digitally signed by CARIN DURYEE
Date: 2022.03.28 13:12:06 -07'00'

CARIN C. DURYEE
Assistant U.S. Attorney